878

No. 11–11077. HERNANDEZ JIMENEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–11078. MALDONADO-AGUILAR v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–11080. DAVIS v. KIA MOTORS OF AMERICA ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–11081. VEGA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–11082. THOMPSON v. TAYLOR ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–11083. WOOLSEY v. MISSOURI ET AL. Sup. Ct. Mo. Certiorari denied.

No. 11–11085. DODD v. BOARD OF EDUCATION, BRUNSWICK COUNTY SCHOOLS. C. A. 4th Cir. Certiorari denied.

No. 11–11086. KELLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–11087. MARTI v. FAIRMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–11088. JEAN-GUERRIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 666 F. 3d 1087.

No. 11–11089. HUERTA GUILLEN v. OLLISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–11090. SCOTT v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–11091. MORGAN v. WASHINGTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–11092. NANCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–11093. DULANEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.